UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2009 MAY 14 PM 4:35

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>RAUL BLANCO-RODRIGUEZ,<br><br>                Defendant. | CASE NO. 09CR1466-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: TITLE 8, U.S.C., SEC. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 14, 2009

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE